**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tiffany Wright and Duane Geiger, Defendants,

Of whom Tiffany Wright is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000793

―――――――――――

Appeal From Lexington County
Huntley S. Crouch, Family Court Judge

―――――――――――

Unpublished Opinion No. 2024-UP-080
Submitted March 13, 2024 – Filed March 15, 2024

―――――――――――

**AFFIRMED**

―――――――――――

Benjamin Reynolds Elliott, of Stevens B. Elliott,
Attorney At Law, of Columbia, for Appellant.

Shannon Matthews Chandler, of Law Ofc. Of Shannon
D. Matthews, LLC, of Columbia, as the Guardian ad
Litem for Appellant.

Becky M. Farmer, of South Carolina Department of
Social Services, of Columbia, for Respondent.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal,
III, of Columbia, for the Guardian ad Litem for the Child.

───────────────

**PER CURIAM:**  Tiffany Wright appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Wright's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

───────────────

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.